IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| KYLE KRAWITZ | ) | |
| and | ) | |
| JESSICA KRAWITZ | ) | |
| *Plaintiffs*, | ) | |
| v. | ) | Cause No. 4:21-CV-21 |
| CITY OF INDEPENDENCE, | ) | |
| and | ) | |
| GLOBAL SPECTRUM, L.P. | ) | |
| *Defendants*. | ) | |

## DEFENDANT GLOBAL SPECTRUM, L.P.'S NOTICE OF REMOVAL OF CIVIL ACTION

COMES Now Defendant GLOBAL SPECTRUM, L.P. ("GLOBAL SPECTRUM") hereby submits this Notice of Removal of this action from the Circuit Court of Jackson County, State of Missouri, to the United States District Court for the Western District of Missouri, Western Division in accordance with 28 U.S.C. §§ 1331, 1441(a), and 1446. For its Notice of Removal, Defendant states as follows:

1. There is now pending in the Circuit Court of Jackson County, State of Missouri, a civil action entitled, *KYLE KRAWITZ ET AL. v. GLOBAL SPECTRUM, L.P. ET AL.*, Cause No. 2016-CV24882. A copy of all process, pleadings, orders, and any other documents now on file with the State Court are attached hereto as **Exhibit A** as required by 28 U.S.C. § 1446(d).

2. Defendant Global Spectrum was served with the State Court Petition and summons on December 18, 2020. This Notice of Removal is filed within thirty (30) days of service upon

1

Defendant Global Spectrum and is therefore timely filed in accordance with 28 U.S.C. § 1446(b).

3. Plaintiffs Kyle Krawitz and Jessica Krawitz have alleged a cause of action against all Defendants for violations of their civil rights and for declaratory relief pursuant to 42 U.S.C. §1983. *See* **Exhibit A**, Petition.

4. In Count I, Plaintiffs allege Defendant City of Independence unlawfully banned Plaintiffs from the community ice rink, under color of law thereby depriving Plaintiffs "their right to be afforded due process in violation of the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983". **Ex A**, Petition at ¶20. In Count II, Plaintiffs similarly allege that Defendant Global Spectrum's unlawful banning of Plaintiffs deprived them of their right to be afforded due process in violation of the violation of the Fourteenth Amendment of the United States Constitution and 42 U.S.C. § 1983. *Id.* at ¶27.

5. A federal question is therefore present on the face of Plaintiffs' Petition. By virtue of 28 U.S.C. §§ 1331 and 1343(a), the United States District Court has original jurisdiction of any civil action for a claim under 42 U.S.C. § 1983. Section 1983 does not expressly prohibit removal and the existence of concurrent jurisdiction in the state court over claims under 42 U.S.C. § 1983 is insufficient, standing alone, to defeat the right of removal granted the Defendant under 28 U.S.C. § 1441. The matters set forth in Plaintiffs' Petition may therefore be removed to this Court under 28 U.S.C. § 1441(a).

6. The United States District Court for the Western District of Missouri, Western Division is the proper federal venue for removal of Plaintiffs' action because the Court embraces the area of Jackson County, Missouri, where the civil action is pending.

7. Defendant Global Spectrum has given Plaintiff written Notice of this Removal and has filed a copy of the Notice of Removal with the Clerk of the Circuit Court of Jackson County,

State of Missouri.

8.      Co-defendant, City of Independence, consents to the removal of this matter to this Court.  *See* **Exhibit B**, *Consent to Removal*.

WHEREFORE, Defendant Global Spectrum, L.P. respectfully requests that this Court enter its order removing this case from the Circuit Court of Jackson County, State of Missouri, to the District Court of the United States for the Western District of Missouri, Western Division.

**JURY TRIAL REQUESTED**

ROBERTS PERRYMAN, P.C.

  */s/ Susan M. Dimond*
Susan Dimond, #57434
1034 S. Brentwood, Suite 2100
St. Louis, Missouri 63117
Phone: (314) 421-1850
Fax: (314) 421-4346 Fax
sdimond@robertsperryman.com
Attorney for Defendant Global Spectrum, LP

CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2021 the foregoing was electronically filed and email courtesy copies sent to the following:

Zachery Cohen (zach@lancelawkc.com)
Lance J. Loewenstein (lance@lancelawkc.com)
*Attorneys for Plaintiffs*

Christopher Heigele (CHeigele@batyotto.com)
*Attorney for City of Independence*

  */s/ Susan M. Dimond*